UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                        :   INDICTMENT

JERRY BROOKS,                      :   08 Cr.

          Defendant.        :

- - - - - - - - - - - - - - - - x



08 CRIM 35

COUNTS ONE THROUGH ELEVEN

    The Grand Jury charges:

    1.  At all times relevant to this Indictment, the General Services Administration ("GSA") was an agency within the executive branch of the United States that, among other things, procured services to be provided by contractors at federal buildings.

    2.  At all times relevant to this Indictment, Engineering Services Unlimited ("ESU") was a closely-held corporation owned and operated by JERRY BROOKS, the defendant.

    3.  In or about February 2000, GSA entered into a contract with ESU pursuant to which ESU was to supply security guards to be posted at various federal buildings on Long Island, including the United States Courthouse in Central Islip, New York.

    4.  Pursuant to the terms of the contract, ESU was required to certify to GSA that it had provided each of the security guards with a minimum number of hours of training in a

variety of areas, such as cardiopulmonary resuscitation, use of force, and firearms safety.

5. On or about March 22, 2002, JERRY BROOKS, the defendant, submitted forms to GSA in which he certified that the employee named on each form had completed a minimum of 83 hours of training and specifying the precise number of hours that the employee had spent being trained in each individual subject and the date on which the training purportedly took place. BROOKS signed each form in a space provided for the contractor or his authorized designee to certify that the statements contained on the form were true to the best of his or her knowledge. Above the certification section, the form warned that false statements regarding the completion of training might be punishable by fine or imprisonment under Title 18, United States Code, Section 1001. After signing the forms, BROOKS caused them to be submitted to GSA officials in Manhattan.

6. As JERRY BROOKS, the defendant, knew at the time he executed the training reports, the information supplied to GSA in the reports was false in that ESU had not provided the training described therein.

Statutory Allegations

7. On or about March 22, 2002, in the Southern District of New York and elsewhere, JERRY BROOKS, the defendant, unlawfully, willfully, and knowingly, in a matter within the jurisdiction of the executive branch of the Government of the

United States, to wit, the General Services Administration, did falsify, conceal, and cover up by tricks, schemes, and devices, material facts, and did make materially false, fictitious, and fraudulent statements and representations, and did make and use false writings and documents knowing the same to contain materially false, fictitious, and fraudulent statements and entries, to wit, as the owner and operator of a company hired by GSA to supply trained security guards to be posted at various federal facilities, BROOKS reported to GSA that the security guards identified below had received specific, contractually-required training when, in fact, BROOKS was aware that the security guards had not received the reported training:

| COUNT | DATE | FALSE STATEMENT |
|---|---|---|
| ONE | March 22, 2002 | Report of Training Completion for Richard Raynor |
| TWO | March 22, 2002 | Report of Training Completion for Gatha Ballard |
| THREE | March 22, 2002 | Report of Training Completion for Luis Rodriguez |
| FOUR | March 22, 2002 | Report of Training Completion for George Lovaglio |
| FIVE | March 22, 2002 | Report of Training Completion for Maro Castellano |
| SIX | March 22, 2002 | Report of Training Completion for Mary McDonough |

| SEVEN | March 22, 2002 | Report of Training Completion for Alain Ocampo |
| EIGHT | March 22, 2002 | Report of Training Completion for Michael Carley |
| NINE | March 22, 2002 | Report of Training Completion for Richard Figuero |
| TEN | March 22, 2002 | Report of Training Completion for Christopher Jones |
| ELEVEN | March 22, 2002 | Report of Training Completion for Samuel Murphy |

(Title 18, United States Code, Section 1001.)

_____
FOREPERSON

_____
B/ MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v -

JERRY BROOKS,

Defendant.

---

**INDICTMENT**

08 Cr.

(Title 18, United States Code, Section 1001.)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____  01 09 08
Foreperson.

---