UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

UNITED STATES OF AMERICA

     -against-                 Docket No.: 1:08-cr-35

JERRY BROOKS
-------------------------------------------------------

TO: CLEARK OF THE COURT S.D.N.Y.

FROM: DAVID STOROBIN

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS A RETAINED ATTORNEY.

I AM ADMITTED TO PRACTICE IN THIS COURT AS OF AUGUST 2005.

I DO HEREBY CERTIFY THAT I AM FILING A CERTIFICATE OF GOOD STANDING FROM THE NEW YORK STATE COURT, PURSUANT TO RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED:    April 28, 2008
               New York, N.Y.

*D. Storobin* (signature)

David Storobin, Esq.
Storobin Law Firm PLLC
14 Wall Street, 20 Fl
New York, N.Y. 10005
(800) 391-8392 phone
(800) 391-7207 fax
(718) 781-7519 cell phone
david@storobin.com



# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, James Edward Pelzer, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **David Storobin** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 27th day of October 2004, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on April 20, 2008.

*James Edward Pelzer*

Clerk of the Court