UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

JERRY BROOKS,

        Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

**08 Cr. 35 (RWS)**

TO:    Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

      Respectfully submitted,

      MICHAEL J. GARCIA
      United States Attorney for the
        Southern District of New York

      by:  /s/ Pablo Quiñones
        Pablo Quiñones
        Assistant United States Attorney
        (212) 637-2487 (Telephone)
        (212) 637-2615 (Facsimile)

TO:    Attorney of Record