SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Unites States                    Plaintiff,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

1:08 cr 35    (    )

- against -

Jerry Brooks                    Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Richard D. Borzouye attorney for Jerry Brooks

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:    Jason H. Vichinsky

Firm Name:

Address:    21 Lenox Ave. Apt. 3

City/State/Zip:    East Stroudsburg, PA 18301

Telephone/Fax:    (570) 460-7786

Email Address:    jhvlaw@yahoo.com

is admitted to practice pro hac vice as counsel for Jerry Brooks in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: New York, New York

_____
United States District/~~Magistrate~~ Judge

5/28/09

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Unite States           Plaintiff,

- against -                                    08 cr 35        (   )

Jerry Brooks           Defendant.              **MOTION TO ADMIT COUNSEL**
                                               **PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Richard D. Borzouye   a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Jason H. Vichinsky
Firm Name:
Address: 51 Lenox Ave. Apt. 3
City/State/Zip: East Stroudsburg, PA 18301
Phone Number: (570) 460-7786
Fax Number: (570) 421-1200

Jason H. Vichinsky                            is a member in good standing of the Bar of the States of
Pennsylvania

There are no pending disciplinary proceeding against  Jason H. Vichinsky
in any State or Federal court.

Dated:  5/22/2008
City, State:  New York, New York

Respectfully submitted,

*[signature]*

Sponsor's
SDNY Bar  *[handwritten]* RB-3469
Firm Name: *[handwritten]*
Address: *[handwritten]*
City/State/Zip: *[handwritten]*
Phone Number: *[handwritten]*
Fax Number: *[handwritten]*

SDNY Form Web 10/2006

UNITED STATES DISTRICT

SOUTHERN DISTRICT OF NEW YORK

1:08 cr 35

United States,              Plaintiff,

AFFIDAVIT OF RICHARD D.
BORZOUYE, Counsel for Defendant,
Jerry Brooks, IN SUPPORT OF
MOTION TO ADMIT PRO HAC VICE

-against-

Jerry Brooks,              Defendant.

---

COUNSEL State of New York )
                          ) SS:
County of New York        )

*Richard Borzouye*
(Alexander Hamilton), being duly sworn, hereby deposes and says as follows:

1. I am counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Jason H. Vichinsky as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Jason H. Vichinsky since 1998.

4. Mr. Vichinsky is a solo attorney in Stroudsburg, Pennsylvania.)

5. I have found Mr. Vichinsky to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Jason H. Vichinsky pro hac vice.

7. I respectfully submit a proposed order granting the admission of Jason H. Vichinsky, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Jason H. Vichinsky, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: May 27, 2008
City, State: New York, NY
Notarized:
Respectfully submitted, *[signature]* Richard Barcoyne, Esq
Name of Movant:
SDNY Bar Code: RB 3469
SDNY Form Web 10/2006



0802 35 RWS

## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## Jason Harris Vichinsky, Esq.

### DATE OF ADMISSION

### September 15, 2003

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: May 14, 2008

Norina K. Blynn
Chief Clerk