IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHER DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES

       v.                                         NOTICE OF APPEARANCE

JERRY BROOKS,                                   1:08-cr-35 (RWS)

          defendant

-------------------------------------------------------x

Name of Attorney: David Storobin

Law Firm: Storobin Law Firm PLLC

Address: 14 Wall Street, 20 Floor, New York, N.Y. 10005

Office Phone: (800) 391-8392

Cell Phone: (718) 781-7519

Fax: (800) 391-7207

Email: david@storobin.com

I, David Storobin, attorney admitted to practice in the Southern District of New York, have been retained as private counsel by Mr. Jerry Brooks, the defendant in the herein case, to represent him in all the matters involving the criminal prosecuted numbered by the federal court as **1:08-cr-35**.

                                                           Respectfully submitted,

                                                           *D. Storobin*

                                                           David Storobin, Esq.