UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

UNITED STATES OF AMERICA,

        - against -

JERRY BROOKS,

        Defendant.

**ORDER**

08 Cr. 35 (PKL)

**LEISURE, District Judge:**

On June 17, 2008, the Court was informed via telephone message from defendant's counsel Mr. Jason Vichinsky, Esq. that defendant Jerry Brooks terminated representation by co-counsel Mr. Richard Borzouye, Esq. In a letter dated June 25, 2008, Mr. Borzouye moved to withdraw as counsel for defendant (the "Borzouye Motion"). The Borzouye Motion is attached to this Order. On June 25, 2008, the Court was informed that defendant terminated his remaining counsel, Mr. Vichinsky. A letter from Mr. Vichinsky to Assistant United States Attorney Pablo Quinones, Esq. (the "Vichinsky Letter") is attached to this Order. In addition to the Borzouye Motion, in light of defendant's termination of representation by both Mr. Borzouye and Mr. Vichinsky, the Court construes the Vichinsky Letter as a motion to withdraw as counsel. The Court grants a continuance of time for defendant to obtain new counsel. Therefore, as of the date of this Order, the Court will exclude time under the

Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(F) (excluding time for "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion"); see also 18 U.S.C. § 3161(h)(8)(B)(iv) (excluding time as a result of an ends-of-justice continuance); United States v. Hammad, 902 F.2d 1062 (2d Cir. 1990) (holding that exclusion of time was proper where counsel informed the court that he intended to withdraw as counsel).

All counsel and defendant himself are hereby ORDERED to appear before the Court at 500 Pearl Street, Courtroom 18B, on July 9, 2008 at 1:30 p.m. for a pre-trial status conference. Defendant's failure to appear can result in the issuance of a bench warrant for his arrest.

**SO ORDERED.**

New York, New York
June **25**, 2008

_____
U.S.D.J.

Copies of this Order have been sent to:

Mr. Jerry Brooks (via certified mail)
Huntsville, Alabama

A.U.S.A. Pablo Quinones, Esq. (via electronic mail)

Mr. Jason Vichinsky, Esq. (via electronic mail)

Mr. Richard Borzouye, Esq. (via electronic mail)

# BORZOUYE LAW OFFICES

### Richard D. Borzouye, Esquire

11 West 42nd Street, Suite 900
New York, NY 10036
Office: 1-212-938-1200 Fax (212) 768-2766
attorneyborzouye@gmail.com

## FAX COVER SHEET

Richard Borzouye, Esq.
FROM:_____

Judge Peter K. Leisure
TO:_____

United States Distrcit Court, SDNY
CO:_____

(212) 805-7913
FAX#:_____

6/25/08
DATE:_____

U.S. vs. Brooks, **08 cr. 35 (PKL)**
RE:_____

# BORZOUYE LAW OFFICES

**Richard D. Borzouye, Esquire**

11 West 42nd St..
Suite 900
New York NY 10036
Office: (212) 938-1200  Fax (212) 768-2766
attorneyborzouye@gmail.com

The Honorable Peter K. Leisure
United States District Court, Room 1910
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Jerry Brooks, 08 cr. 35 (PKL)**

Dear Judge Leisure:

    This letter is to formally announce my motion for withdrawal in the above referenced case. As you may be aware from my co-counsel Jason Vichinsky, Esq., Mr. Brooks has terminated me as counsel following the mistrial declared by you on or about June 7, 2008. At the conclusion of the trial, but prior to the mistrial, Mr. Brooks told Mr. Vichinsky on several occasions that if this case was in fact declared a mistrial and a retrial was to follow, that under no circumstances did he want me to represent him any further. Mr. Vichinsky informed me of this each and every time Mr. Brooks said this. He proceeded to make several complaints about me to Mr. Vichinsky and it was apparent that our relationship had deteriorated. Our differences are not just irreconcilable, but beyond repair. This week I received a disturbing letter from Mr. Brooks indicating his displeasure of my representation of him and demanding a full refund of the retainer or he was going to file a complaint against me to the Grievance Committee here in New York. Therefore, due to the facts I have disclosed, it is the wishes of Mr. Brooks that I no longer represent him further and that I have in fact been terminated by him. The Rules of Professional Conduct are clear with respect to withdrawal of counsel. As per Model Rules of Professional Conduct Rule 1.16(a)(3)(c) states, "... *a lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of a client if the lawyer is discharged.*

Respectfully submitted,

Richard Borzouye, Esq.

cc: U.S. Attorney's Office, SDNY



FACSIMILE COVER SHEET

U.S. ATTORNEY'S OFFICE, S.D.N.Y.
ONE ST. ANDREW'S PLAZA
NEW YORK, NEW YORK 10007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

From:      Pablo Quiñones
           Assistant United States Attorney

Phone:     (212) 637-2487

Fax:       (212) 637-2615

No. pages (including cover sheet):

Date sent:     June 25, 2008
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this facsimile message, and any and all
accompanying documents, constitute confidential information. This information
is the property of the U.S. Attorney's Office. If you are not the intended recipient
of this information, any disclosure, copying, distribution, or the taking of any
action in reliance on this information is strictly prohibited. If you received this
information in error, please notify us immediately by telephone at the above
number and destroy the information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To:    The Honorable Peter K. Leisure

Fax:   212-805-7913

Re:    U.S. v. Jerry Brooks, 08 Cr. 35 (PKL)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**Message: As requested.**

## JASON H. VICHINSKY

*Attorney at Law*
*51 Lenox Ave.*
*Apt. 3*
*East Stroudsburg PA 18301*
*Office       570-972-0028*
*Mobile       570-460-7786*
*Fax          570-421-1200*
*jhvlaw@yahoo.com*

Pablo Quinones, Esquire
VIA EMAIL  Pablo.Quinones@usdoj.gov

June 24, 2008

      Re:   *US v. Brooks*
              *08 Cr. 35*

Dear Sir:

Please be advised that  the my representation of the  above named defendant has been terminated at the client's request.  I will be submitting a withdrawal of appearance to the clerk tomorrow.  I will perform no further work on this case. Contact me if you have any questions.

Very truly yours,

Jason H. Vichinsky, Esquire