

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 28, 2008

**BY FACSIMILE**
The Honorable Peter K. Leisure
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Jerry Brooks,
08 Cr. 35 (PKL)

Dear Judge Leisure:

The Government respectfully submits this letter to request that the Court change the current motion schedule as follows:

- both parties' motions *in limine* due by August 11, 2008;

- both parties' oppositions due by August 18, 2008; and

- both parties' replies, if any, due on August 20, 2008, prior to the scheduled pretrial conference at 10:30 a.m.

Defense counsel David Storobin, Esq., consents to this request. This brief adjournment would allow the Government additional time in determining the best way to proceed, including a disposition prior to the scheduled retrial date of September 8, 2008. The Government will inform Your Honor of any change of status prior to the above-referenced dates.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Loyaan A. Egal / Pablo Quiñones
Assistant United States Attorneys
(212) 637-2205 / 2487

cc: David Storobin, Esq. (*via* facsimile and e-mail)

7/29/08
SO ORDERED
_____
USDJ

TOTAL P.02