UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :   **NOLLE PROSEQUI**
                                    :
    - v. -                          :
                                    :   08 Cr. 35 (PKL)
JERRY BROOKS,                       :
                                    :
                    Defendant.      :
------------------------------------x

    1. The filing of this nolle prosequi will dispose of this case with respect to JERRY BROOKS, the defendant.

    2. On January 9, 2008, Indictment 08 Cr. 35 was filed, charging JERRY BROOKS with making materially false statements, in violation of Title 18, United States Code, Section 1001.

    3. Based on a review of information pertaining to this defendant acquired after the filing of the Indictment, the Government has concluded that it will not proceed with the prosecution of JERRY BROOKS.

    4. In light of the foregoing, I recommend that an order of nolle prosequi be filed as to the defendant, JERRY BROOKS, with respect to Indictment 08 Cr. 35 (PKL).

                                                   Loyaan A. Egal/Pablo Quiñones
                                                   Assistant United States Attorneys
                                                   (212) 637-2205/2487

Dated:   New York, New York
           August 8, 2008

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of <u>nolle prosequi</u> be filed as to defendant JERRY BROOKS with respect to Indictment 08 Cr. 35 (PKL).

                                                MICHAEL J. GARCIA
                                                United States Attorney
                                                Southern District of New York

Dated:     New York, New York
              August __, 2008


SO ORDERED:                                              
                                                HONORABLE PETER K. LEISURE
                                                United States District Judge
                                                Southern District of New York


Dated:     New York, New York
              August 12, 2008